Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Erica Bianco, State Bar No. 254988
E-Mail: ebianco@hurrellcantrall.com
Amie S. Park, State Bar No. 273346
E-Mail: apark@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants COUNTY OF LOS ANGELES, BRIAN VANCE, DANIEL ESQUEDA, JEREMIAH SONG, and ALLISON MELENDEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SUSAN P. ENG, VINCENT ENG, VINLY ENG, GET LIM, EK TEK ENG, AND NANCY ENG, ON BEHALF OF THE ESTATE OF JAZMYNE HA ENG,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC CLINICS DBA ASIAN PACIFIC FAMILY CENTER; THE COUNTY OF LOS ANGELES; THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100,<br><br>Defendants. | CASE NO. CV 12-10892 SVW (PJWx)<br><br>[Exempt Pursuant to Gov. Code §6103]<br><br>[Judge Stephen V. Wilson Courtroom "6"]<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>JS-6 |

Based on the Stipulation of the parties, and good cause appearing therefore, the Court makes the following order:

1. Plaintiffs GET LIM and EK TEK ENG's claims against defendants COUNTY OF LOS ANGELES, BRIAN VANCE, DANIEL ESQUEDA,

///

JEREMIAH SONG, and ALLISON MELENDEZ shall be dismissed without prejudice.

2. The Final Pre-trial Conference, presently set for December 16, 2013, and the Trial Date, presently set for December 17, 2013, are vacated.

**IT IS SO ORDERED.**

DATED: December 11, 2013

_____
HONORABLE STEPHEN V. WILSON
DISTRICT COURT JUDGE